IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
THOMAS J. WOZNIAK, et al., : CASE NO. 1:05 CV 2259
 :
                Plaintiffs, :
 :
     -vs- : <u>JUDGMENT ENTRY</u>
 :
 :
JOHN E. CORRIGAN, et al., :
              Defendants. :
------------------------------------------------------ :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

     This Court, having contemporaneously entered its Order dismissing the above styled matter in its entirety, hereby enters judgment in favor of defendants John E. Corrigan, Edward Graham, John J. Curran, D. C. Miclaw, Thomas C. Simiele, and Mary Monogudis Trust, and against plaintiffs Thomas J. Wozniak and George Linte represented by Next Friend E.C. Rios.

     IT IS SO ORDERED.

                                                    /s/ Lesley Wells
                                        UNITED STATES DISTRICT JUDGE